IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLIFTON WILLIAMS,
    PLAINTIFF,

        CIVIL ACTION

v.

        No. 4:08-CV-1915

JEFFREY BEARD, et al.,
    DEFENDANTS.

## NOTICE OF APPEAL

NOTICE is hereby given that Clifton Williams, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an Order: (1) Denying Plaintiff's Motion for Leave to File Supplemental Exhibit; (2) Dismissing the Claims against Defendant Beard; and (3) Granting Summary Judgment in favor of all remaining Defendants. Entered in this action on the 30th day of August, 2010.

        By: _Clifton Williams_
            Clifton Williams
            No. BI-3635
            SCI-Mahanoy
            301 Morea Road
            Frackville, PA. 17932

            Pro Se

Clifton Williams
BI-3635
SCI-Mahanoy
301 Morea Road
Frackville, PA. 17932

Thursday, September 23, 2010

Office of the Clerk
United States District Court
United States Courthouse
228 Walnut Street, P.O. Box 983
Harrisburg, PA. 17108



FILED
SEP 27 2010
PER _____
HARRISBURG, PA.    DEPUTY CLERK

Re : Williams v. Beard, et al. : No. 4:08-cv-1915
NOTICE OF APPEAL

Dear Court Clerk :

The enclosed Notice of Appeal and Motion for Leave to Proceed In forma Pauperis is sent to preserve my deadline of September 29, 2010. Additional copies will be mailed over the weekend. Thank you.

Respectfully,
Clifton Williams

CLIFTON WILLIAMS
BT-3635
SCI-MAHANOY
301 MOREA ROAD
FRACKVILLE, PA. 17932

RECEIVED
HARRISBURG, PA
SEP 27 2010
Per _____
MARY E. D'ANDREA, CLERK

OFFICE OF THE CLERK
U.S. DISTRICT COURT
U.S. COURTHOUSE
228 WALNUT ST. - P.O. BOX 983
HARRISBURG, PA. 17108

INMATE MAIL PA
DOC



Hasler