08-CV-1915

```
Court Name: District Court
Division: 3
Receipt Number: 333818858
Cashier ID: gangeli
Transaction Date: 04/04/2011
Payer Name: SCI MAHANOY
--------------------------------
PLRA CIVIL FILING FEE
 For: JOEL FINNEY
 Case/Party: D-PAM-3-06-CV-002280-001
 Amount:       $3.68
PLRA CIVIL FILING FEE
 For: WILLIAM FOSTER
 Case/Party: D-PAM-3-09-CV-001696-001
 Amount:       $16.10
PLRA CIVIL FILING FEE
 For: CHRISTOPHER JONES
 Case/Party: D-PAM-4-09-CV-000887-001
 Amount:       $9.83
PLRA CIVIL FILING FEE
 For: ARMAN SHIRAZI
 Case/Party: D-PAM-3-11-CV-000141-001
 Amount:       $35.70
PLRA CIVIL FILING FEE
 For: WILLIE STOKES
 Case/Party: D-PAM-3-09-CV-001740-001
 Amount:       $12.74
PLRA CIVIL FILING FEE
 For: WARREN THOMAS
 Case/Party: D-PAM-4-09-CV-002320-001
 Amount:       $24.36
PLRA CIVIL FILING FEE
 For: CLIFTON WILLIAMS
 Case/Party: D-PAM-4-08-CV-001915-001
 Amount:       $30.00
--------------------------------
CHECK
 Check/Money Order Num: 20608
 Amt Tendered: $132.41
--------------------------------
Total Due:      $132.41
Total Tendered: $132.41
Change Amt:     $0.00
```

FILED
SCRANTON

APR - 4 2011

PER _____
DEPUTY CLERK

Only when bank clears the check or verifies credit of funds is the fee or debit officially paid or discharged. A $45.00 fee will be charged for returned checks.


**pennsylvania**
DEPARTMENT OF CORRECTIONS

APRIL 1, 2011

U. S. District Court
Middle District of Pennsylvania
P. O. Box 1148
Scranton, PA  18501-1148

Dear Sir/Madam:

The enclosed check is to cover civil action filing fees for the following cases:

| INMATE NAME | INMATE NUMBER | CASE NUMBER | AMOUNT |
| --- | --- | --- | --- |
| ~~AYERS, WILLIAM~~ | ~~GJ6315~~ | ~~3:07-CV-1707~~ | 0 |
| FINNEY, JOEL | DA7343 | 3:06-CV2280 | 3.68 |
| FOSTER, WILLIAM | EJ6443 | 3:09-CV-1696 | 16.10 |
| JONES, CHRISTOPHER | BU8487 | 4:09-CV-887 | 9.83 |
| ~~PRESSLEY, SHAWN~~ | ~~CG4129~~ | ~~3:CV08-2131~~ | 0 |
| SHIRAZI, ARMAN | HU5206 | 3:11-CV-141 | 35.70 |
| ~~STEWART, RICHARD~~ | ~~FP7782~~ | ~~1:08-CV-2157~~ | 0 |
| STOKES, WILLIE | AY4886 | 3:09-CV-1740 | 12.74 |
| ~~SUPPLES, ALLEN~~ | ~~DZ5713~~ | ~~1:07-CV-1560~~ | 0 |
| THOMAS, WARREN | DP4730 | 409CV002320 | 24.36 |
| WILLIAMS, CLIFTON | BI3635 | ~~10-3903~~ 4:08-CV-1915 | 30.00 |
| | | TOTAL | $132.41 |

Sincerely,

*Cindy Walasavage*
Cindy Walasavage
Fiscal Technician Supervisor

CW/dh