# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIFTON WILLIAMS,** | : | Civil No. 4-08-CV-1915 |
| | : | |
| Plaintiff, | : | (Judge Jones) |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **JEFFREY BEARD, et al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 15th day of January 2013, upon consideration of the Plaintiff's Motion for Enlargement of Time in Which to File Pre-trial Memoranda, (Doc. 91.), and recognizing that the district court has by separate order generally extended pretrial deadlines while efforts are made to secure pro bono counsel for the Plaintiff, (Doc. 91.), IT IS ORDERED that this motion is GRANTED.  IT IS FURTHER ORDERED that on or before **January 18, 2013**, the Pro Bono Chair shall provide a written notification to the Court as to whether a volunteer attorney will enter his or her appearance on behalf of Clifton Williams.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge