

TUCKER | ARENSBERG
Attorneys

Stephen M. Greecher, Jr.
sgreecher@tuckerlaw.com

January 15, 2013

**VIA FACSIMILE 717/221-3959**

The Honorable John E. Jones, III
United States District Judge
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA  17108

Re:  Clifton Williams v. Jeffrey Beard, et al.
     Civil No. 4:CV-08-1915

Dear Judge Jones:

I am still in the process of finding counsel for Mr. Williams. I will advise you of the results in my efforts.

Sincerely,

Stephen M. Greecher, Jr.
Pro-Bono Coordinator
Federal Bar Association for the Middle District of Pennsylvania

SMGjr:pjg

HBGDB:132443-1 999999-070000