IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIFTON WILLIAMS, | : | 4:08-cv-1915 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| JEFFREY BEARD, *et al.*, | : | |
| | : | |
| Defendant. | : | |

## ORDER

## May 18, 2016

In accordance with the bench trial of this matter and for the reasons set forth in the Memorandum Opinion issued on today's date, the Court finds in favor of Plaintiff and against Defendant and hereby **ORDERS** that:

1. Inasmuch as Plaintiff's statutory rights under RLUIPA were violated by Defendants, Defendants will immediately remove the official misconduct violation from Plaintiff's prison record arising from his saying prayer in the kitchen area on October 23, 2006.

2. Within thirty (30) days of the date of this Order, SCI-Mahanoy shall provide a clean and appropriate space for Muslim inmates working in the kitchen to offer prayer in a prone position during their shift all year round. Alternatively, if such a space cannot be created in the kitchen for

   year-round prayer, Muslim inmates shall be permitted to offer prone prayer in the dining room while on kitchen duty.

3. Plaintiff shall either be reinstated to his position in the kitchen at SCI-Mahanoy or, in the alternative, to another suitable job position within SCI-Mahanoy at the rate he would have been paid had he not been cited for the October 23, 2006 misconduct and subsequent loss of job

4. Plaintiff's counsel may submit an appropriate petition for attorneys' fees within thirty (30) days of the date of this Order.

5. The Clerk of Court is directed to **CLOSE** the file on this case.

 

s/ John E. Jones III  
John E. Jones III  
United States District Judge